

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 14 PM 12:41

LORETTA G. WHYTE
CLERK

**FELONY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR CONSPIRACY AND THEFT OF UNITED STATES MAIL BY UNITED STATES POSTAL EMPLOYEES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET 07-428 |
| v. | * | SECTION: SECT. F MAG 1 |
| TIMOTHY B. DEDE | * | |
| BENSON V. DABNEY | | VIOLATIONS: 18 U.S.C. § 371 |
| CLYDE LEE CASTON | * | 18 U.S.C. § 1709 |
| LOUIN SEABROOK JACKSON | | |
| KIM YVETTE HESTER MARTIN | * | |
| FELICIA DANIELLE TANNER | | |
| TYRONE LEWIS | * | |
| TANYA S. PAYTON-LEWIS | | |
| ANTHONY MARTIN | * | |

* * *

The Grand Jury charges that:

### COUNT 1

### CONSPIRACY

A. **AT ALL TIMES MATERIAL HEREIN:**

1. The defendant, **TIMOTHY B. DEDE**, was employed as a mail carrier with the United States Postal Service.

2. The defendant, **BENSON V. DABNEY**, was employed as a mail carrier with the

_Fee $ SA_
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____

United States Postal Service.

B.   THE CONSPIRACY

From a time unknown but prior to April 2001 and continuing until or about January 2004, in the Eastern District of Louisiana and elsewhere, the defendants, **TIMOTHY B. DEDE, BENSON V. DABNEY, CLYDE LEE CASTON, LOUIN SEABROOK JACKSON, KIM YVETTE HESTER MARTIN, FELICIA DANIELLE TANNER, TYRONE LEWIS, TANYA S. PAYTON-LEWIS** and **ANTHONY MARTIN**, along with others known and unknown to the Grand Jury, did knowingly combine, conspire, confederate and agree to: buy, receive and unlawfully have in their possession mail or articles contained therein, which had been stolen, taken, embezzled and abstracted from the mail or an authorized depository for mail matter, knowing said mail or articles contained therein to have been stolen, taken, embezzled and/or abstracted, in violation of Title 18, United States Code, Section 1708.

C.   OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Eastern District of Louisiana and elsewhere:

1. On or about November 14, 2003, **TIMOTHY B. DEDE**, being a United States Postal Service Employee, unlawfully stole from the mail a standard parcel addressed to Leo P. Dressel, New Orleans, Louisiana, 70113, which contained personal checks.

2. On or about December 19, 2003, **BENSON V. DABNEY**, being a United States Postal Service Employee, unlawfully stole from the mail a standard parcel addressed to Patricia Reardon, New Orleans, Louisiana, 70124, which contained personal checks.

3. During a period between April 2001 and January 2004, **TIMOTHY B. DEDE** and **BENSON V. DABNEY** sold and/or gave stolen mail, including personalized checks mailed by banks to their customers, to **LOUIN SEABROOK JACKSON**,

TYRONE LEWIS, and **KIM YVETTE HESTER MARTIN**.

4. During a period between April 2001 and January 2004, **LOUIN SEABROOK JACKSON, TYRONE LEWIS**, and **KIM YVETTE HESTER MARTIN** sold and/or gave that stolen mail, including personalized checks mailed by banks to their customers, to others, including **CLYDE LEE CASTON, KIM YVETTE HESTER MARTIN**, and **FELICIA DANIELLE TANNER**.

5. During a period between April 2001 and January 2004, **TYRONE LEWIS, CLYDE LEE CASTON, KIM YVETTE HESTER MARTIN, FELICIA DANIELLE TANNER, ANTHONY MARTIN**, and **TANYA S. PAYTON-LEWIS**, alone, together, and in groups, negotiated personalized checks stolen from a United States Post Office in the Eastern District of Louisiana, to purchase goods and items of value from business establishments.

6. On or about August 20, 2003, the defendant, **CLYDE LEE CASTON**, unlawfully had in his possession a check taken from mail addressed to Rodney J. Brooks, New Orleans, Louisiana, 70116.

7. On or about November 6, 2003, the defendant, **LOUIN SEABROOK JACKSON**, unlawfully had in his possession a check taken from mail addressed to Kelvin R. Adams, New Orleans, Louisiana, 70130.

8. On or about May 25, 2003, the defendant, **KIM YVETTE HESTER MARTIN**, unlawfully had in her possession a check taken from mail addressed to Lawrence J. and Elouise W. Baptiste, New Orleans, Louisiana, 70130.

9. On or about July 11, 2003, the defendant, **FELICIA DANIELLE TANNER**, unlawfully had in her possession a check taken from mail addressed to Patricia A. Hooley, New Orleans, Louisiana, 70118.

10. On or about December 30, 2003, the defendant, **TYRONE LEWIS**, unlawfully had in his possession a check taken from mail addressed to Kate Smith, New Orleans, Louisiana, 70124.

11. On or about December 30, 2003, the defendants, **TYRONE LEWIS** and **TANYA S. PAYTON-LEWIS**, unlawfully had in their possession a check taken from mail addressed to Jane L. Fandrich, New Orleans, Louisiana, 70124.

12. On or about June 2, 2003, the defendant, **ANTHONY MARTIN**, transported **KIM YVETTE HESTER MARTIN, TYRONE LEWIS**, and **TANYA S. PAYTON-LEWIS** to a business establishment for the purpose of and in assistance to their negotiating a stolen check at the business establishment.

13. On or about August 28, 2003, the defendant, **FELICIA DANIELLE TANNER**, used a counterfeit Louisiana drivers license to negotiate a stolen check.

14. On or about August 14, 2003, the defendant, **KIM YVETTE HESTER MARTIN**, used a counterfeit Louisiana drivers license to negotiate a stolen check.

15. On or about August 20, 2003, the defendant, **CLYDE LEE CASTON**, used a counterfeit Louisiana drivers license to negotiate a stolen check.

All in violation of Tile 18, United States Code, Section 371.

## COUNT 2

## THEFT OF UNITED STATES MAIL BY UNITED STATES POSTAL EMPLOYEE

On or about November 14, 2003, in the Eastern District of Louisiana, the defendant, **TIMOTHY B. DEDE**, being a United States Postal Service Employee, did steal and purloin mail matter that came into his possession intended to be conveyed by mail, to wit: a standard parcel addressed to Leo P. Dressel at 801 St. Joseph St., Apartment 7, New Orleans, Louisiana, 70113, which contained personal bank checks; all in violation of Title 18, United States Code, Section 1709.

## COUNT 3

## THEFT OF UNITED STATES MAIL BY UNITED STATES POSTAL EMPLOYEE

On or about December 19, 2003, in the Eastern District of Louisiana, the defendant, **BENSON V. DABNEY**, being a United States Postal Service Employee, did steal and purloin mail matter that came into his possession intended to be conveyed by mail, to wit: a standard parcel addressed to Patricia Reardon at 6867 Canal Boulevard, New Orleans, Louisiana, 70124 which contained personal bank checks; all in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

_____
**FOREPERSON**

_____
**JIM LETTEN**
United States Attorney
La. Bar Roll No. 8517

_____
**JAN MASELLI MANN**
First Assistant United States Attorney
La. Bar Roll No. 9020

_____
**SEAN TOOMEY**
Assistant United States Attorney

New Orleans, Louisiana
December 14, 2007

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Louisiana__

__Criminal__ Division

## THE UNITED STATES OF AMERICA

vs.

**TIMOTHY B. DEDE, ET AL.**

## INDICTMENT

INDICTMENT FOR CONSPIRACY AND THEFT OF UNITED STATES MAIL BY UNITED STATES POSTAL EMPLOYEES

**VIOLATIONS:** 18 U.S.C. § 371
18 U.S.C. § 1709

_A true bill._

_____
Foreperson

Filed in open court this _____ day, of _____ A.D. 2007.

_____
Clerk

Bail, $ _____

_____
SEAN M. TOOMEY
Assistant United States Attorney