**TO: DOCKET CLERK**

___ **MAGISTRATE CASE NUMBER** _____

**OR**

__X__ **NO MAGISTRATE PAPERS WERE FOUND**

*for*

**NAME:** __TIMOTHY B. DEDE, BENSON DABNEY, CLYDE LEE CASTON, LOUIN SEABROOK JACKSON, KIM YVETTE HESTER MARTIN, FELICIA DANIELLE TANNER, TYRONE LEWIS, TANYA S. PATYON-LEWIS, ANTHONY MARTIN__

Initials: __BB_____

If you receive this note without any initials, please return the entire packet to criminal desk .