PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

CASE NO. **07-428**

USA vs.
Defendant: Timothy B. Dede

**SECT. F MAG 1**

Address: 3900 Hessmer Ave #6
Metairie, LA 70002

☐ Interpreter Required  Dialect: _____

Birth Date: 1955
☑ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: XXX-XX-4944

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Virginia Laughlin Schlueter
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. **07-428**   SECT. F MAG 1

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Benson V. Dabney

Address: 2809 Soniat
New Orleans, LA 70115

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☑ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

☐ Interpreter Required   Dialect: _____

Birth Date: 1971
☑ Male ☐ Female
☐ Alien (if applicable)

Social Security Number: XXX-XX-3795

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |

PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO.: **07-4287 SECT. F MAG 1**

USA vs.
Defendant: Clyde Lee Caston

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Address: P.O. Box 25, Post Barre, LA 70577-0025

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

☐ Interpreter Required  Dialect: ____

Birth Date: 1959
☑ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number: xxx-xx-4336

#### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish County

#### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Joseph Rome
☑ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

CASE NO. 07-428  SECT. F MAG 1

USA vs.
Defendant: Louin Seabrook Jackson

Address: 1242 S. Telemachus Street
New Orleans, LA 70125

☐ Interpreter Required   Dialect: _____

Birth Date: 1974
☑ Male   ☐ Alien (if applicable)
☐ Female

Social Security Number: XXX-XX-5313

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAG. JUDGE CASE NO. _____

Place of offense: Orleans Parish County

### DEFENDANT

Issue: ☑ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT<br><br>Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☑ Indictment ☐ Charges/Counts Added<br>☐ Information<br><br>Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  EASTERN<br>DISTRICT OF LOUISIANA            Divisional Office<br><br>Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer<br>☒ U.S. Atty  ☐ Other U.S. Agency<br>Phone No. (504) 680-3008<br><br>Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA | CASE NO.   **07-4287**   **SECT. F  MAG 1**<br>USA vs.<br>Defendant: Kim Yvette Hester Martin<br><br>Address: 5570 Gasmer Drive, Apt 102<br>Houston, TX 77035<br><br>☐ Interpreter Required   Dialect: _____<br><br>Birth Date: 1963     ☐ Male  ☐ Alien (if applicable)<br>                       ☑ Female<br><br>Social Security Number  xxx-xx-2782 |
| **PROCEEDING**<br>Name of Complainant Agency, or Person (& Title, if any)<br>U.S. Postal Inspection Service<br><br>☐ person is awaiting trial in another Federal or State Court (give name of court)<br><br>☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty  ☐ Defense<br><br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br><br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br><br>SHOW DOCKET NO. _____<br>MAG. JUDGE CASE NO. _____<br><br>Place of offense: Orleans Parish    County | **DEFENDANT**<br>Issue: ☑ Warrant   ☐ Summons<br><br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive<br><br>Defense Counsel (if any): _____<br>☐ FPD  ☐ CJA  ☐ RET'D<br>☐ Appointed on Target Letter<br><br>☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☒ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☒ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

CASE NO. 07-428

USA vs.
Defendant: Felicia Danilelle Tanner

SECT. F MAG 1

Address: 5880 Eastover Drive
New Orleans, LA 70128

☐ Interpreter Required  Dialect: ____

Birth Date: 1965
☐ Male  ☒ Female  ☐ Alien (if applicable)

Social Security Number: XXX-XX-5829

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

**DEFENDANT**

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County

CASE NO. 07-4281 SECT. F MAG 1

USA vs.
Defendant: Tyrone Lewis

Address: 9000 Fondren Court, Apt C347
Houston, TX 77074-6910

☐ Interpreter Required  Dialect: _____

Birth Date: 1959   ☑ Male  ☐ Female   ☐ Alien (if applicable)

Social Security Number: XXX-XX-4336

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |
|   |   |   |   |
|   |   |   |   |

PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

CASE NO. 07-428 SECT. F MAG 1

USA vs.
Defendant: Tanya S. Payton-Lewis
Address: 9000 Fondren Court, Apt C347
Houston, TX 77074-6910

☐ Interpreter Required   Dialect: _____

Birth Date: 1964
☐ Male  ☑ Female  ☐ Alien (if applicable)

Social Security Number: xxx-xx-2910

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish   County

### DEFENDANT

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |
|   |   |   |   |
|   |   |   |   |

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☑ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Shaney Sawyer
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3008

Name of Asst. U.S. Attorney (if assigned): Sean Toomey, AUSA

CASE NO.  07-428 SECT. F MAG 1

USA vs.
Defendant: Anthony Martin
Address: 5570 Gasmer Drive, Apt 102
Houston, TX 77035

☐ Interpreter Required   Dialect: _____

Birth Date: 1960   ☑ Male  ☐ Female   ☐ Alien (if applicable)

Social Security Number: XXX-XX-7330

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish County

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy | 1 |
| 4 | 18 U.S.C. § 1709 | Theft of United States Mail by Postal Employee | 2 & 3 |