U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 AUG -7 PM 12: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 07-428 |
| v. | * | SECTION: F |
| TYRONE LEWIS | * | |
| | | VIOLATIONS: 18 U.S.C. § 371 |
| | * | 18 U.S.C. § 1709 |

\* \* \*

## FACTUAL BASIS

Should this matter proceed to trial, the United States will prove beyond a reasonable doubt, through credible testimony of agents of the United States Postal Inspection Service, state and local law enforcement agencies, and the production of reliable evidence, the following facts:

From a time unknown but prior to April 2001 and continuing until or about January 2004, in the Eastern District of Louisiana and elsewhere, the defendants, **TIMOTHY B. DEDE, BENSON V. DABNEY, CLYDE LEE CASTON, LOUIN SEABROOK JACKSON, KIM YVETTE HESTER MARTIN, FELICIA DANIELLE TANNER, TYRONE LEWIS, TANYA S. PAYTON-LEWIS** and **ANTHONY MARTIN**, did knowingly combine, conspire, confederate and agree to buy, receive and unlawfully have in their possession mail or articles contained therein, including, but not limited to, personal bank checks, which had been stolen, taken, embezzled and abstracted from the mail or an authorized depository for mail matter,

knowing said mail or articles contained therein to have been stolen, taken, embezzled and/or abstracted.

During a period between April 2001 and January 2004, **TYRONE LEWIS, CLYDE LEE CASTON, KIM YVETTE HESTER MARTIN, FELICIA DANIELLE TANNER, ANTHONY MARTIN,** and **TANYA S. PAYTON-LEWIS,** alone, together, and in groups, negotiated personalized checks stolen from a United States Post Office in the Eastern District of Louisiana, to purchase goods and items of value from business establishments.

On December 30, 2003, Postal Inspectors observed **BENSON V. DABNEY** give stolen personal bank checks to **TYRONE LEWIS**. After **TYRONE LEWIS** was arrested following accepting those checks, he was advised of his constitutional rights pursuant to PS Form 1067. **TYRONE LEWIS** signed the PS Form 1067 and stated he understood his rights. He then agreed to be interviewed by Postal Inspectors. **TYRONE LEWIS** stated that he received stolen checks from people on the street during the month of June 2003. He further stated that he paid **BENSON V. DABNEY,** who he knew as "Vincent," approximately one-hundred to two-hundred dollars and groceries for stolen checks on two occasions. **TYRONE LEWIS** stated that, in turn, he gave those checks to **KIM YVETTE HESTER MARTIN** and **CLYDE LEE CASTON**.



The total amount of loss caused by **TYRONE LEWIS**'s participation in this conspiracy is more than thirty-thousand dollars but less than seventy-thousand dollars.

READ AND APPROVED:

_____      8/7/08
SEAN M. TOOMEY      DATE
Assistant United States Attorney

_____      08-07-08
DANE S. CIOLINO      DATE
Counsel for Defendant Tyrone Lewis

_____      08-07-08
TYRONE LEWIS      DATE
Defendant