UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
vs. TYRONE LEWIS          XXX-XX-4336           CRIMINAL ACTION
                          (SOC. SEC. NO.)        07-428 F
                                                 (CASE NO./SEC.)

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,   Month   Day   Year
the defendant appeared in person on this date --------( APRIL 2, 2009 )

**X WITH COUNSEL**    DANE CIOLINO
                     (Name of Counsel)

Court Reporter's Name: KAREN IBOS

**PLEA:** X **GUILTY**, and the court being satisfied    __NOLO CONTENDERE   __NOT GUILTY
that there is a factual basis for the plea.

There being a finding of   (__NOT GUILTY. Defendant is discharged.
                           (X GUILTY on AUGUST 7, 2008

The defendant has been convicted as charged of the offense(s) of 18 USC 371 CONSPIRACY TO STEAL MAIL (CT 1) AS CHARGED IN THE INDICTMENT

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months as to Count 1. The defendant shall make restitution to the victims listed on the attached page in the amount of $45,485.59. The defendant who is jointly and severally liable for these injuries, shall make restitution to the victims in the amount of $45,585.59, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered all of the compensable injuries. Any payment made by the defendant shall be divided among the victims named in proportion to their compensable injuries. The defendant does not have the ability to pay interest on the restitution and the interest requirement is waived. The payment of restitution shall begin while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at a rate of $100.00 per month. The payment of $100.00 is subject to increase or decrease, depending on the defendant's ability to pay. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm. In addition, the following special conditions are imposed: The defendant shall participate in an orientation and life skills program as directed by the probation officer. The defendant shall cooperate in the collection of a DNA sample, as required by law. The defendant shall provide the probation officer with access to any requested financial information.

Page 1

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Page 2

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. The defendant shall pay any restitution imposed. The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. The defendant does not have the ability to pay a fine and the fine is waived. The defendant is remanded to custody.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1 , for a total assessment of $100.00

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

---

SIGNED BY:  
xxx U.S. District Judge

(Date) APRIL 2, 2009

CERTIFIED AS A TRUE COPY  
THIS DATE _____  
BY: _____  
Deputy Clerk

Page 3

RESTITUTION AMOUNTS FOR TYRONE LEWIS

Restitution in the amount of $5,050.82 is owed to Home Depot. Payments should be sent to Home Depot Headquarters, 2455 Paces Ferry Rd. NW, Atlanta, Georgia 30339-4024.

Restitution in the amount of $200.30 is owed to Fedex Kinko's. Payments should be sent to Fedex Kinko's Corporate Office, 13155 Noel Road, Ste. 1600, Dallas, Texas, 75240.

Restitution in the amount of $11,938.75 is owed to Zales. Payments should be sent to Zales, 901 W. Walnut Hill Lane, Irving, Texas, 75038-1003.

Restitution in the amount of $48.13 is owed to Cellular South. Payments should be sent to Cellular South, 1018 Highland Colony Parkway, Suite 300, Ridgeland, Mississippi 39157.

Restitution in the amount of $348.09 is owed to Albertson's Supermarket. Payments should be sent to Supervalu Corporate Headquarters, 11840 Valley View Road, Eden Prairie, Minnesota, 55344.

Restitution in the amount of $2,280.48 is owed to Sears Roebuck. Payments should be sent to Sears Roebuck, 6405 Airline Drive, Metairie, Louisiana, 70003.

Restitution in the amount of $251.53 is owed to Circle K- Gulf Coast Region. Payments should be sent to Circle K-Gulf Coast Region, 25 West Cedar Street, Suite 100, Pensacola, Florida 32502.

Restitution in the amount of $266.34 is owed to Auto Zone. Payments should be sent to Auto Zone, 123 South Front Street, Memphis, Tennessee 38103.

Restitution in the amount of $319.50 is owed to Burlington Coat Factory. Payments should be sent to Burlington Coat Factory, 3324 Williams Boulevard, Kenner Plaza, Kenner, Louisiana 70065.

Restitution in the amount of $201.77 is owed to Eckerd Corporation. Payments should be sent to Eckerd Corporation, 8333 Bryan Dairy Road, Largo, Florida 33777.

Restitution in the amount of $208.80 is owed to D & S Steering Service. Payments should be

sent to D & S Steering Service, 4129 Euphrosine Street, New Orleans, Louisiana 70125.

Restitution in the amount of $120.99 is owed to New World International. Payments should be sent to New World International, 3830 Euphrosine Street, New Orleans, Louisiana 70125.

Restitution in the amount of $202.36 is owed to Tire Kingdom. Payments should be sent to Tire Kingdom, 7300 Washington Avenue, New Orleans, Louisiana.

Restitution in the amount of $229.00 is owed to GNC. Payments should be sent to GNC, 841 Canal Street, New Orleans, Louisiana.

Restitution in the amount of $191.40 is owed to Dillard's Corporate Headquarters. Payments should be sent to Dilliard's Corporate Headquarter, 1600 Cantrell Road, Little Rock, Arkansas 72201.

Restitution in the amount of $376.12 is owed to SteinMart. Payments should be sent to SteinMart, 1200 Riverplace Blvd., Jacksonville, Florida 32207.

Restitution in the amount of $279.27 is owed to T.J. Maxx-The TJX Companies, Inc. Payments should be sent to T.J. Maxx - The TJX Companies, Inc., 770 Cochituate Road, Framingham, Maine, 01701.

Restitution in the amount of $511.10 is owed to Circuit City. Payments should be sent to Circuit City, 9950 Mayland Drive Richmond, Virginia 23233.
Restitution in the amount of $508.54 is owed to Target. Payments should be sent to Target, 1000 Nicollet Mall, Minneapolis, MN 55403.

Restitution in the amount of $21.74 is owed to T- Mobile Wireless. Payments should be sent to T-Mobile Wireless, P.O. Box 37380, Albuquerque, New Mexico 87176-7380.

Restitution in the amount of $2,046.81 is owed to Office Depot. Payments should be sent to Office Depot, 2200 Old Germantown Road, Delray Beach, 33445-8223.

Restitution in the amount of $184.20 is owed to Barnes and Nobles Bookstore. Payments should be sent to Barnes and Nobles Bookstore, 3721 Veterans Memorial Blvd., Metairie, Louisiana 70002.

Restitution in the amount of $87.26 is owed to Honey Baked Ham Company. Payments should be sent to Honey Baked Ham Company, 3211 N. Causeway Blvd., Metairie, Louisiana 70002.

Restitution in the amount of $396.72 is owed to Joseph A. Banks Clothing. Payments should be sent to Joseph A. Banks Clothing, 230 Carondelet Street, New Orleans, Louisiana 70130.

Restitution in the amount of $442.59 is owed to Ann Taylor Loft. Payments should be sent to Ann Taylor Loft, 7 Times Square, 15th Floor, New York, New York 10036.

Restitution in the amount of $195.69 is owed to AT&T. Payments should be sent to AT&T, 175 E. Houston, San Antonio, Texas 78205-2233.

Restitution in the amount of $187.71 is owed to Meme's Market Lakefront. Payments should be sent to Meme's Market Lakefront, 7041 Canal Blvd., New Orleans, Louisiana 70124-3454.

Restitution in the amount of $784.30 is owed to Just For A Day. Payments should be sent to Just For A Day, 4312 Veterans Memorial Blvd., Metairie, Louisiana 70006.

Restitution in the amount of $278.72 is owed to Sally's Beauty Supply. Payments should be sent to Sally's Beauty Supply, 3900 Morse Street, Denton, Texas.

Restitution in the amount of $312.14 is owed to Advance Auto Parts. Payments should be sent to Advance Auto Parts, Corporate Office, 5673 Airport Road, Roaoke, Virginia 24012-1119.

Restitution in the amount of $491.61 is owed to A-1 Appliance. Payments should be sent to A-1 Appliance, 2801 Veterans Memorial Blvd., Kenner, Louisiana 70062.

Restitution in the amount of $350.74 is owed to Breaux Mart. Payments should be sent to Breaux Mart, 2904 Severn Avenue, Metairie, Louisiana 70002.

Restitution in the amount of $905.32 is owed to Winn Dixie. Payments should be sent to Winn Dixie, Corporate Headquarters, 5050 Edgewood Court, Jacksonville, Florida 32254-3699.

Restitution in the amount of $195.74 is owed to Toys R Us. Payments should be sent to Toys R Us, 10 Hemlock Court, Pass Ocala, Florida 34472.

Restitution in the amount of $790.39 is owed to Rite Aid - CRA Security Systems. Payments should be sent to Rite Aid - CRA Security Systems, P. O. Box 2103, Mechanicsburg, Pennsylvania 17055; Attention: Client Relations.

Restitution in the amount of $1,871.16 is owed to Sherwin Williams. Payments should be sent to Sherwin Williams, 3925 North I-10 Service Road West, Metairie, Louisiana 70002; Attention: Jim Epperly.

Restitution in the amount of $241.18 is owed to Rouse's Supermarket. Payments should be sent to Rouse's Supermarket, P. O. Box 5358, Thibodeaux, Louisiana 80302; Attention: Collections Department.

Restitution in the amount of $5,620.26 is owed to Sam's Stores. Payments should be sent to Sam's Stores - Telecheck, P.O. Box 4513, Houston, Texas 77200-4513.

Restitution in the amount of $1,166.33 is owed to WalMart-Telecheck. Payments should be sent to WalMart-Telecheck, P.O. Box 4513, Houston, Texas 77200-4513.

Restitution in the amount of $1,236.67 is owed to K-Mart-Telecheck. Payments should be sent to K-Mart- Telecheck, P.O. Box 4513, Houston, Texas 77200-4513.

Restitution in the amount of $1,371.21 is owed to CRA Security Systems for losses sustained by Rite Aid Pharmacies. Payments should be sent to CRA Security Systems, P. O. Box 2103, Mechanicsburg, Pennsylvania 17055; Attention: Client Relations.

Restitution in the amount of $29.02 is owed to Danny and Clyde's. Payments should be sent to Danny and Clyde's, 2301 North Hullen Street, Metairie, Louisiana 70001.

Restitution in the amount of $478.50 is owed to Pier 1 Imports. Payments should be sent to Pier 1 Imports, Attention Check Services, 100 Pier 1 Place, Fort Worth, Texas 76102, Re: account holder Mirra Miller.

Victim restitution is owed to Sav-a-Center in the amount of $313.17, VIP in the amount of $47.74, El gee Uniforms in the amount of $312.13, Mobile One in the amount of $217.85, Lowes Home Improvement in the amount of $1,442.83, and Alltel in the amount of $32.57. However, information relative to where payments should be forwarded was unascertainable.

**STANDARD CONDITIONS OF SUPERVISION**

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.

---

The court makes the following recommendation to the Bureau of Prisons: confinement at The Tallahassee Institution where she can receive drug treatment.

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

---

**RETURN**

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

United States Marshal

Deputy Marshal