UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 07-428-MLCF-SS-7 |
| TYRONE LEWIS | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date there are no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Tyrone Lewis ("Lewis"), for a determination as to whether excusable neglect entitles him to an extension of time to appeal[1] (Rec. doc. 216) is GRANTED.

New Orleans, Louisiana, this 5TH day of October, 2009.

United States District Judge

---

[1] See Lewis' notice of appeal (Rec. doc. 216).